# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 39-1785920 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 902 North Market Street, Ste 704, Wilmington, DE   ZIP CODE 19801 | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): 902 North Market Street, Ste 704, Wilmington, DE   ZIP CODE 19801 | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):
**Wisconsin**    ZIP CODE **54166**

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **Delaware** | Case Number: **09-10876 (KG)** | Date Filed: **3/16/2009** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **U.S. Aquisitions & Oil Inc.** | Case Number: **10-14121 (KJC)** | Date Filed: **12/22/2010** |
| District: **Delaware** | Relationship: **Affiliate** | Judge: **Kevin J. Carey** |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                 Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0413682987)*

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **Midwest Oil of Minnesota, LLC** | **11-30319** | **1/19/11** |
| District: | Relationship: | |
| **Minnesota** | **Affiliate** | |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **Midwest Properties of Shawano, LLC** | **11-10407** | **2/8/11** |
| District: | Relationship: | |
| **Delaware** | **Affiliate** | |

| **Voluntary Petition** | Name of Debtor(s): **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Rebekah M. Nett

Westview Law Center PLC    Bar No. **0299571**
1303 S. Frontage Rd, Suite 1
Hastings, MN 55033

Phone No. (651) 437-3100    Fax No. (651) 846-6414

**2/20/11**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**
**X** 
Signature of Authorized Individual

**Naomi Isaacson**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**2/20/11**
Date

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.   Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Southwest Guaranty Ltd. 1313 Campbell Rd, Building D Houston, TX 77055 | | Guaranty | *Disputed* | $3,307,851.61 |
| Vermillion State Bank 107 East Main Street Vermillion, MN 55085 | | Guaranty | *Disputed* | $2,183,000.00 |
| William A. Egan d/b/a Egan Oil Company 500 Bunker Lake Blvd NW Anoka, MN 55303 | | Guaranty | *Disputed* | $2,090,300.20 |
| William A. Egan d/b/a Egan Oil Company 500 Bunker Lake Blvd NW Anoka, MN 55303 | | Guaranty | | $908,526.16 |
| AKJ Development Corp. PO Box 510275 Key Colony Beach, FL 33051 | | Guaranty | | $899,671.67 |
| Integrity First Bank 101 Grand Avenue Wausau, WI 54403 | | Guaranty | | $796,284.16 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**  Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Bank of St. Paul<br>1578 University Avenue West<br>St. Paul, MN 55104 | | Guaranty | Disputed | $593,855.59 |
| Dr. Avraham Cohen<br>3716 Michelle Way<br>Pikesville, MD 21208 | | Personal Loan | | $457,400.19 |
| Jill & Randy Yungerberg<br>365 Smith Ave N<br>St. Paul, MN 55102 | | Personal Loan | | $291,600.00 |
| Gulf Coast Bank and Trust Company<br>200 St. Charles Avenue<br>New Orleans, LA 70130 | | Guaranty | Disputed | $225,015.19 |
| Draeger Oil Company, Inc<br>704 Fourth Avenue<br>Antigo, WI 54409 | | Fuel Contract | Disputed | $221,946.66 |
| Dr. Deborah Cohen<br>3716 Michelle Way<br>Pikesville, MD 21208 | | Personal Loan | | $205,000.00 |
| MMG Financial<br>11 Sydenham St<br>Dundas, ON L9H 2T5 | | Judgment | Disputed | $197,028.10 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Deanna Ballinger<br>N5660 State Hwy 47/55<br>Shawano, WI 54166 | | Personal Loan | | **$166,225.22** |
| Wells Fargo<br>Business Direct Division<br>PO Box 7666<br>Boise, ID 83707-1666 | | Line of Credit | | **$100,000.00** |
| Dennis Villiard<br>N5828 State Hwy 47/55<br>Shawano, WI 54166 | | Personal Loan | | **$70,700.00** |
| Wells Fargo<br>Business Direct Division<br>PO Box 7666<br>Boise, ID 83707-1666 | | Line of Credit | | **$50,000.00** |
| Associated Bank, N.A.<br>222 Bush Street<br>Red Wing, MN 55066 | | Guaranty | | **$45,675.00** |
| First Lease<br>185 Commerce Drive<br>Unit 102<br>Fort Washington, PA 19034 | | Guaranty | | **$41,121.63** |
| Automated Roof Removal Systems Inc.<br>1303 South Frontage Rd, Suite 1<br>Hasting, MN 55033 | | Personal Loan | | **$38,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**   Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **CEO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/20/11**   Signature: _____
  *Naomi Isaacson*
  **CEO**

AKJ Development Corp.
PO Box 510275
Key Colony Beach, FL 33051

American Bank of St. Paul
1578 University Avenue West
St. Paul, MN 55104

Associated Bank, N.A.
222 Bush Street
PO Box 42
Red Wing, MN 55066

Automated Roof Removal Systems Inc.
1303 S. Frontage Road, Suite 1
Hasting, MN 55033

Azariah Fayas
815 Pearl Street
Yankton, SD 57078-3626

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614-7203

Baylake Bank
Attn: Loan Operations
217 North Forth Avenue
PO Box 9
Sturgeon Bay, WI 54235-0009

Beit Mamtakim Corporation of USA, Inc.
902 N. Market St, Suite 704
Wilmington, DE 19801

Caleb Ritland
6300 Montgomery Blvd. NE 115
Albuquerque, NM 87109

Commerce State Bank
1700 South Silverbrook Drive
West Bend, WI 54140-0186

Dagul Kishron Corporation of USA, Inc.
902 N. Market St, Suite 704
Wilmington, DE 19801

Darlene Sense
N5805 Oak Drive
Shawano, WI 54166

Dave Villiard
N5836 State Hwy 47/55
Shawano, WI 54166

Deanna Ballinger
N5660 State Hwy 47/55
Shawano, WI 54166

Dennis Villiard
N5828 State Hwy 47/55
Shawano, WI 54166

Diane Cooper
N5660 State Hwy 47/55
Shawano, WI 54166

Dr. Avraham Cohen
3716 Michelle Way
Pikesville, MD 21208

Dr. Deborah Cohen
3716 Michelle Way
Pikesville, MD 21208

Draeger Oil Company, Inc.
704 Fourth Avenue
Antigo, WI 54409

Firestone Financial Corp.
27 Christina Street
PO Box 610325
Newton Highlands, MA 02461-0325

First Lease Inc.
185 Commerce Drive
Unit 102
Fort Washington, PA 19034

GE Capital Corp.
10 Riverview Drive
Danbury, CT 06810

Gulf Coast Bank and Trust Company
200 St. Charles Avenue
New Orleans, LA 70130

HSBC Business Solutions
One HSBC Center
2 West Wing – Lockbox
Buffalo, NY 14203

Hunan Chinese Restaurant
145 South Main Street
Shawano, WI 54166

Integrity First Bank
101 Grand Avenue
Wausau, WI 54403

Jill & Randy Yungerberg
365 Smith Ave N
St. Paul, MN 55102

Linda Gray
N5805 Oak Drive
Shawano, WI 54166

M&I Marshall & Isley Bank
770 N. Water Street
Milwaukee, WI 53202

Marom Golan Corporation of USA, Inc.
902 N. Market St, Suite 704
Wilmington, DE 19801

Methuselah Brown
N9738 Korb Road
St. Cloud, WI 53079

Michal Y. Goldstein
933 5th Street Apt. 2
LaSalle, IL 61301

Midwest Amusement Park, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

Midwest Hotels & Motels of Shawano, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

Midwest Oil of Anoka, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

Midwest Oil of Minnesota, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

Midwest Oil of Shawano, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

Midwest Oil of Wisconsin, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

Midwest Properties of Shawano, LLC
902 N. Market St, Suite 704
Wilmington, DE 19801

MMG Financial
11 Sydenham Street
Dundas, ON L9H 2T5

Naomi Isaacson
328 4th St SE #101
Minneapolis, MN 55414

New York Sign Company
902 N. Market St, Suite 704
Shawano, WI 54166

Southwest Guaranty Ltd.
Three Riverway, Suite 1010
Houston, TX 77056

Thelma J. Brown
4308 Arthur Street NE
Minneapolis, MN 55420

Timtza Etzepo Corporation of USA, Inc.
902 N. Market St, Suite 704
Wilmington, DE 19801

U.S. Acquisitions & Oil, Inc.
902 N. Market St, Suite 704
Wilmington, DE 19801

Vermillion State Bank
107 East Main Street
Vermillion, Minnesota 55085

Wells Fargo
Business Direct Division
PO Box 7666
Boise, ID 83707-1666

William A. Egan d/b/a Egan Oil Company
500 Bunker Lake Blvd NW
Anoka, MN 55303

Zien Service Inc.
2303 West Mill Road
Glendale, WI 53209

# CERTIFICATE OF RESOLUTION OF THE BOARD OF DIRECTORS OF DR. R.C. SAMANTA ROY INSTITUTE OF SCIENCE AND TECHNOLOGY, INC.

At a Special Meeting of the Board of Directors of Dr. R.C. Samanta Roy Institute for Science & Technology, Inc., a Delaware non-stock corporation, do hereby certify that on February 6, 2011, the following resolutions were duly adopted and approved by the Board of Directors and recorded in the minute book of the Company, and they have not been modified or rescinded and are still in full force and effect on the date hereof.

**RESOLVED** that pursuant to discussion at Company meetings on December 27, 2010; January 17, 2011, and February 6, 2011 the board members determined that it is in the best interests of the company to file for bankruptcy to re-structure its finances. More recently, on February 6, 2011 the board determined that the time is now appropriate to file the Company's Chapter 11 petition for bankruptcy in order to accomplish reorganization of the Company's finances.

**RESOLVED** that the duly elected and appointed officers of the Company are hereby authorized and empowered individually, on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said authorized officer may execute the same or shall otherwise determine it is in the best interest of the Company; and

**RESOLVED,** that any officer of the Company is hereby authorized and Empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the officers may deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

**RESOLVED,** that any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company to execute a plan of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed with the Bankruptcy Court at such time as said authorized officer executing the same shall determine; and

**RESOLVED,** that local counsel will be employed as reorganization counsel for the Company as quickly as possible upon such terms and conditions as the officers shall approve, to render legal services to, and to represent the Company in connection with the Chapter 11 case, subject to Bankruptcy Court approval; and

**RESOLVED** that any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, appraisers, broker, financial advisers and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper or desirable; and

**RESOLVED,** that in connection with the commencement of the Chapter 11 case by the Company, any officer of the Company is hereby authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a debtor-in-possession loan facility and/or agreements for the use of cash collateral (including in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on such terms and conditions as such officer executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; such other business issues that may arise.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of February, 2011.

_____
SECRETARY