**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| Dr. R.C. Samanta Roy Institute of Science and Technology, Inc. | Case File No.: 11-10504 (KJC) |
| Debtor, | Objections due by: March 31, 2011<br>Hearing Date: April 7, 2011 |
| In Re: | Chapter 11 |
| Midwest Properties of Shawano, LLC | Case File No.: 11-10407 (KJC) |
| Debtor, | Objections due by: March 31, 2011<br>Hearing Date: April 7, 2011 |
| In Re: | Chapter 11 |
| U.S. Acquisitions & Oil, Inc. | Case File No.: 10-14121 (KJC) |
| Debtor, | Objections due by: March 31, 2011<br>Hearing Date: April 7, 2011 |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 7, 2011 AT 10:00 A.M.**

**PENDING MATTERS TO BE HEARD**

1. **Emergency Motion of Midwest Properties of Shawano to Strike the Untimely Objections of the U.S. Trustee and Deem Substantive Consolidation Motion Unopposed (Docket No. 23 and Filed April 4, 2011)**

    **Related Documents**:

    a. Proposed Order. (Docket No. 23 and Filed April 4, 2011)

    **Response/ Objection Deadline**: April 6, 2011

    **Responses Received**:        NONE

**Status**: This matter is going forward.


2.  **Emergency Motion of U.S. Acquisitions & Oil, Inc. to Strike the Untimely Objections of the U.S. Trustee and Deem Substantive Consolidation Motion Unopposed (Docket 29 and Filed April 4, 2011)**

    **Related Documents**:

    a.  Proposed Order. (Docket No. 29 and Filed April 4, 2011)

    **Response/ Objection Deadline**: April 6, 2011

    **Responses Received**:         NONE


    **Status**: This matter is going forward.


Dated: April 5, 2011                            LARAINE A. RYAN, ESQ.

                                                          /s/ Laraine A. Ryan
                                        Laraine A. Ryan, ID No. 3249
                                        1601 Milltown Rd, Suite 8, Lindell Square
                                        Post Office Box 5733
                                        Wilmington, DE 19808-0733
                                        Telephone: (302) 993-9010
                                        Facsimile: (302) 397-2347
                                        *Attorney for Debtor*