# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Dr. R.C. Samanta Roy Institute of Science and Technology, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 11-10504 (KJC) |
| In re<br><br>Midwest Properties of Shawano, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 11-10407 (KJC) |
| In re<br><br>U. S. Acquisitions & Oil, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 10-14121 (KJC) |

## STIPULATED ORDER DISMISSING CASES WITH PREJUDICE

This matter came before this Court on the Motion of United States Trustee for an Order Appointing a Chapter 11 Trustee or Examiner, or in the Alternative, Converting or Dismissing the Chapter 11 Cases with Prejudice (the "Motion"); and the debtors in the above-captioned cases (the "Debtors"), and the United States Trustee, wishing to resolve this matter consensually, and having agreed to the terms set forth below; it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Each of the above-captioned bankruptcy cases are hereby dismissed with prejudice for a period of one year from the date of the entry of this Order.

2. For a period of one year from the date of the entry of this Order, none of the Debtors shall file a case under Title 11 of the United States Code in any bankruptcy court in the United States, either under their current names and corporate entities, or under any other names or other corporate entities that may purchase the assets or liabilities of any of the Debtors. *

DATED: August __16__, 2011
Wilmington, Delaware

The Honorable Kevin J. Carey
Chief Judge, United States Bankruptcy
Court for the District of Delaware

AGREED TO BY:

_____
Naomi Isaacson, Esquire
*Representative of Debtors*

_____
Robert J. Hantman, Esquire
Hantman & Associates
1515 Broadway, 11th Floor
New York, New York 10036
(212) 520-4302
*Attorneys for the Debtors*

_____
Laraine Ryan, Esquire
1601 Milltown Rd., Ste. 8
Post Office Box 5733
Wilmington, De 19808
(302) 993-9010
*Attorney for Debtors*

* FURTHER ORDERED that any outstanding fees due to the United States Trustee be paid promptly, but in no event later than 45 days from the date of this Stipulated Order.

_____
Juliet Sarkessian, Esquire, Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 telephone
(302) 573-6497 facsimile
*Attorneys for Roberta A. DeAngelis,*
*United States Trustee for Region 3*